U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JAN 0 8 2009

CHRIS R. JOHNSON, CLERK

_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DERRICK DAVIDSON                                             PLAINTIFF

v.                        CASE NO.: 09-5009

CHASE BANK USA, NATIONAL
ASSOCIATION d/b/a
COUNTRYWIDE VISA d/b/a FIRST
USA BANK and d/b/a BANK ONE
TRUST COMPANY, N.A.                                          DEFENDANT

## NOTICE OF REMOVAL

Defendant Chase Bank USA, National Association d/b/a Countrywide Visa d/b/a Bank One Trust Company, N.A. ("Chase Bank") in accordance with 28 U.S.C. §§ 1332, 1441, and 1446 hereby gives notice that the above captioned case is being removed from the Circuit Court of Washington County to the United States District Court for the Western District of Arkansas and states the following in support:

1.      Plaintiff commenced this action against Chase Bank in the Circuit Court of Washington County, Arkansas under the caption of *"Derrick Davidson, Plaintiff v. Chase Bank USA, National Association d/b/a Countrywide Visa d/b/a Bank One Trust Company, N.A, Defendant,"* Case No: CV2008-4518-4, by serving Chase Bank with a copy of the Summons and Complaint on December 10, 2008. True and correct copies of the Summons and Complaint, which constitute all process, pleadings and orders that have been served on or by Defendant, or otherwise filed of record in the Circuit Court of Washington County, Arkansas, are attached hereto as Composite Exhibit 1.

4852-8295-8851.1

2. This Notice of Removal is being filed within thirty days after receipt by the Defendant Chase Bank of a copy of the Summons and Complaint and is therefore timely filed under 28 U.S.C. 1446(b).

3. This action is a civil action and is one over which this court has original jurisdiction under 28 U.S.C. § 1332 and is an action that can be removed to this District Court under 28 U.S.C. § 1441.

4. This Court has original jurisdiction over this action under 28 U.S.C. § 1332, because it appears from Plaintiff's Complaint that there is complete diversity among the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

   a. At the time the Complaint was filed and now, Plaintiff was and is a resident of Washington County, Arkansas. (Complaint ¶ 1).

   b. As acknowledged in paragraph 2 of the Complaint, Chase Bank is a foreign corporation incorporated under the laws of the State of Delaware, with its principal place of business in the State of Delaware. Chase Bank is not a citizen of Arkansas. 28 U.S.C. § 1332(c)(1)

   c. The amount in controversy exceeds $75,000. Plaintiff's multi-count complaint seeks at least $75,000.00 in punitive damages (i.e., not less than $37,500.00 **each** for deceit and for separate counts for violation of the Arkansas Deceptive Trade Practices Act), plus additional compensatory damages.

5. Venue lies in the United States District Court for the Western District of Arkansas pursuant to 28 U.S.C. § 1441(a), because that district and division embrace the

Circuit Court of Washington County, Arkansas, the place where this action is currently pending.

6. Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly file a copy of this Notice of Removal in the Circuit Court of Washington County, Arkansas and give written notice of the removal of this action to Plaintiff.

7. This removal is well-grounded in fact, warranted by existing law, and not interposed for any improper purpose.

WHEREFORE, in accordance with 28 U.S.C. §§ 1332, 1441, and 1446, Defendant respectfully removes to federal court the above-captioned civil action, which is currently pending in the Circuit Court of Washington County, Arkansas.

Dated: January 8, 2009

Respectfully submitted,

**KUTAK ROCK LLP**

By: /s/ Katherine Hingtgen
David L. Williams, AR 78168
Katherine M. Hingtgen, AR 2006223
Suite 2000
124 West Capitol Avenue
Little Rock, AR 72201-3706
(501) 975-3000 Telephone
(501) 975-3001 Facsimile

ATTORNEYS FOR DEFENDANT,
CHASE BANK USA, NATIONAL
ASSOCIATION

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2009, I filed the foregoing with the County Clerk of the Court and mailed copies of such filing to the following:

>Derrick Davidson
>3236 E. Charing Cross
>Fayetteville, Arkansas 72703

_____
Katherine M. Hingtgen